```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0077--CR (RRB)
                                 "USA V BRET F. MANESS"
                                  DEF 1.1 MANESS, BRET F.

                  Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 03/20/03
            Closed: 11/25/03
 No. of Defendants: 1
    MJ Case Number: A03-0063--MJ
               AKA:
   Location status: U.S. Custody
        Trial date: 06/16/03
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 MANESS, BRET F.

Document         Count    Citation and Description                              Disposition
─────────        ─────    ────────────────────────                              ───────────
    1 -   1 IND    1      18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF A     Sentenced
                          FIREARM & AMMUNITION (F)                              (105-1)

    1 -   1 IND    2      18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF A     Sentenced
                          FIREARM & AMMUNITION (F)                              (105-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                    "USA V BRET F. MANESS"

                     For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
          Filed: 03/20/03
         Closed: 11/25/03
No. of Defendants: 1

```
Document #  Filed     Docket text

NOTE -  1   02/21/03  [Re: DEF 1] Issued WOA in A03-0063MJ (JDR).

NOTE -  2   03/20/03  [Re: DEF 1] USM Notice of Arrest; defendant arrested 2/27/03 in
                      A03-0063MJ (JDR).

   1 -  1   03/20/03  [Re: DEF 1] PLF 1 Indictment.

NOTE -  3   03/21/03  Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

   2 -  1   03/21/03  [Re: DEF 1] Documents transferred #2 thru #7 from A03-0063MJ (JDR).

   3 -  1   03/21/03  [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for arr & notify
                      USM; in fed cust.

   4 -  1   03/21/03  [Re: DEF 1] JDR Minute Order re Arr set for 3/24/03 at 10:30 a.m. cc:
                      USA, FPD, USM, USPO

NOTE -  4   03/24/03  Issued: Speedy Trial Notice to Judge Singleton.

   5 -  1   03/24/03  [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                      hld 3/24/03; def pled not guilty; def detained; PTM's due 4/14/03; cnsl
                      advised of trail date 5/12/03 before Judge Beistline. cc: USA, FPD, USM,
                      USPO, Judge Besitline

   6 -  1   03/24/03  [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                      confer by 3/25/03; PTM's due 4/14/03. cc: USA, FPD

   7 -  1   03/25/03  [Re: DEF 1] RRB Minute Order setting trial by jury for 5/12/03 at 8:30
                      a.m.  and FPTC for 5/5/03 at 8:45 a.m. in a courtroom to be determined.
                      cc: F. Russo, K. McCoy, USM, USPO, MJ Roberts, jury clerk

   8 -  1   04/01/03  [Re: DEF 1] Transcript re: preliminary /detention hearing held 3/5/03.

   9 -  1   04/02/03  [Re: DEF 1] PLF 1 Discovery conference certificate.

  10 -  1   04/07/03  DEF 1 motion for bail review hearing.

  11 -  1   04/08/03  [Re: DEF 1] JDR Minute Order granting motion for bail review hearing
                      (10-1); Bail Review hrg set for 4/9/03 at 1:30 p.m. cc: USA, FPD, USM,
                      USPO

  12 -  1   04/10/03  [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Bail Review hrg
                      hld 4/9/03; def's mot for release denied. w/att exh list cc: USA, FPD,
                      USM, USPO

  13 -  1   04/11/03  [Re: DEF 1] PLF 1 Unopposed motion to continue PTM's ddln by 7 days
                      w/att aff.

  14 -  1   04/14/03  [Re: DEF 1] JDR Order granting unopposed motion to continue PTM's ddln
                      until 4/21/03 (13-1). cc: USA, FPD
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                                "USA V BRET F. MANESS"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 04/21/03 | DEF 1 motion to dismiss indictment for prejudicial pre-accusation delay w/att memo & exhs. |
| 16 - 1 | 04/21/03 | DEF 1 motion for evidentiary hearing on motion to dismiss. |
| 17 - 1 | 04/28/03 | DEF 1 Unopposed motion on shortened time for scheduling and planning conference w/att aff under seal. |
| 18 - 1 | 04/28/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss indictment for prejudicial pre-accusation delay (15-1) w/att exhs. |
| 19 - 1 | 04/29/03 | [Re: DEF 1] RRB Order granting Unopposed motion on shortened time for scheduling and planning conference set for 5/5/03 at 8:45 a.m. (17-1). cc: K. McCoy, FPD; F. Russo, USA; USM; USPO. |
| 20 - 1 | 04/30/03 | [Re: DEF 1] JDR Minute Order granting motion for evidentiary hearing on motion to dismiss (16-1); evident hrg set for 5/5/03 at 10:00 a.m. cc: USA, FPD, USM, USPO |
| 21 - 1 | 05/01/03 | DEF 1 reply to opposition to DEF 1 motion to dismiss indictment for prejudicial pre-accusation delay (15-1) w/att exh. |
| 22 - 1 | 05/02/03 | DEF 1 motion on shortened time to continue 5/5/03 evident hrg on mot to dismiss Indt w/att aff & exh under seal. |
| 23 - 1 | 05/05/03 | [Re: DEF 1] RRB Court Minutes [ECR: Natalie Day] trial setting conf, held 5/5/03; parties request to cont 5/12/03 TBJ granted; TBJ reset for 6/16/03 to trail others set same day; if TBJ cannot be held week of 6/16/03, it will be reset within one month; T coded; FPTC 6/5/03 at 9:15 am. cc: USA, USM, PO, FPD, MJ Roberts, JC |
| 24 - 1 | 05/05/03 | [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re evident hrg on def's mot to dismiss Indt for prejudicial pre-accusation delay (Doc #15); hld 5/5/03; denying motion on shortened time to continue 5/5/03 evident hrg on mot to dismiss Ind (22-1); def's renewed oral mot to cont evident hrg denied; def to file a mot for further evident hrg by 5/7/03; govt's oppos due 5/9/03 w/att witness & exh list. cc: USA, FPD, USM, USPO |
| 25 - 1 | 05/06/03 | [Re: DEF 1] Transcript re: Bail Review Hrg held 4/9/03. |
| 26 - 1 | 05/07/03 | DEF 1 motion to permit def to present evidence in support of his mot to dismiss the Indt for prejudicial pre-accusation delay w/att aff & exh. |
| 27 - 1 | 05/07/03 | DEF 1 Brady Request Number One. |
| 28 - 1 | 05/09/03 | [Re: DEF 1] PLF 1 response to def's "Brady request number one". |
| 29 - 1 | 05/09/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss indictment for prejudicial pre-accusation delay (15-1) w/att exh (under seal). |
| 30 - 1 | 05/12/03 | DEF 1 motion on shortened time to strike tab F from govt oppo to the mot to dismiss the Indt for prejudicial pre-accusation delay & for other ancillary relief w/att aff & exh. |
| 31 - 1 | 05/13/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time to strike tab F from govt oppo to the mot to dismiss the Indt for prejudicial pre-accusation delay & for other ancillary relief (30-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                              "USA V BRET F. MANESS"

                                   For all filing dates


 Document #    Filed       Docket text

    32 -  1    05/13/03    DEF 1 motion on shortened time to accept video tape for flg in support
                           of mot to dismiss the Indt for prejudicial pre-accusation delay w/att
                           aff.

    33 -  1    05/13/03    [Re: DEF 1] JDR Order granted in part & denied in part def's brady
                           request number one (27-1). cc: USA, FPD

    34 -  1    05/13/03    [Re: DEF 1] JDR Order granting motion to permit def to present evidence
                           in support of his mot to dismiss the (26-1); Cont evident hrg set for
                           5/20/03 at 9:30 a.m. cc: USA, FPD, USM, USPO

    35 -  1    05/14/03    [Re: DEF 1] JDR Order granting motion on shortened time to strike tab F
                           from govt oppo to the mot to dismiss (30-1). cc: USA, FPD

    36 -  1    05/14/03    [Re: DEF 1] Transcript re: Trial setting conference set for 5/5/02.

    37 -  1    05/14/03    [Re: DEF 1] Transcript re: Evidentiary hearing on motion to dismiss
                           indictment held 5/5/02.

    38 -  1    05/19/03    [Re: DEF 1] JDR Minute Order re crt will, at the sched evid hrg on
                           5/20/03; address def's mot on shortened time to accept video tape
                           (32-1); govt's written oppo to def's mot due 5/19/03. cc: USA, FPD

    39 -  1    05/19/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time to accept
                           video tape for flg in support of mot to dismiss the Indt for prejudicial
                           pre-accusation delay (32-1).

    40 -  1    05/19/03    [Re: DEF 1] PLF 1 motion on shortened time to quash def's subpoenas to
                           federal agents w/att exhs.

    41 -  1    05/19/03    DEF 1 motion on shortened time to provide for continued evidentiary
                           hearing w/att aff.

    42 -  1    05/20/03    [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re cont evident hrg on
                           def's mot to dsmss indt for prejudicial pre-accusation delay (15-1)
                           (held 5/20/03);  granting motion on shortened time to accept video tape
                           for flg in support of mot to dismiss (32-1), motion on shortened time to
                           quash def's subpoenas to federal agents (40-1); terminating in light of
                           this order: motion on shortened time to provide for continued
                           evidentiary hearing (41-1); evidence closed; simultaneous written
                           summations due 5/28/03; replies due 6/2/03; matter will then be deemed
                           ready for prep of R&R w/att witness & exh list. cc: USA, FPD

    43 -  1    05/28/03    [Re: DEF 1] PLF 1 summary of argument opposing DEF 1 motion to dismiss
                           indictment for prejudicial pre-accusation delay 15-1).

    44 -  1    05/28/03    DEF 1 Final argument in support of DEF 1 motion to dismiss indictment
                           for prejudicial pre-accusation delay (15-1) w/att exhs.

    45 -  1    06/02/03    [Re: DEF 1] PLF 1 reply memo in oppo to def's finla argument to motion
                           to dismiss indictment for prejudicial pre-accusation delay (15-1).

    46 -  1    06/03/03    Initial R&R re: DEF 1 motion to dismiss indictment for prejudicial
                           pre-accusation delay (15-1); Recommended be denied; Objections due
                           06/06/03. Reply due 06/10/03. cc: USA, FPD, Judge Beistline


 ACRS: R_RDSDX                    As of 12/01/05 at 2:54 PM by GARRY                         Page 3
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                                "USA V BRET F. MANESS"

                                    For all filing dates


 Document #    Filed      Docket text

    47 -   1   06/03/03   [Re: DEF 1] Transcript re: continued evidentiary hrg re: def's mot to
                          dismiss held 5/20/03.

    48 -   1   06/05/03   [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] FPTC held 6/5/03.
                          Def's oral motion to continue the trial date is denied.  FPTC set for
                          6/13/03 at 8:30, Court to appear telephonically.  The referral to the
                          magistrate re: mot to dismiss (Dkt 15) is withdrawn.  Parties to file
                          original and a copy of objections with the clerk's office.  Parties to
                          fax a courtesy copy of objections with chambers.  cc: AUSA, FPD, USM,
                          USPO, MJ Roberts

    49 -   1   06/06/03   DEF 1 objection to R&R re: DEF 1 motion to dismiss indictment for
                          prejudicial pre-accusation delay (15-1) w/att exhs (Exh C- video tape in
                          envelope)

    50 -   1   06/09/03   [Re: DEF 1] PLF 1 Proposed Voir Dire.

    51 -   1   06/09/03   [Re: DEF 1] PLF 1 Proposed Jury Instructions.

    52 -   1   06/09/03   [Re: DEF 1] PLF 1 Trial Brief.

    53 -   1   06/09/03   [Re: DEF 1] PLF 1 Notice of intent to use digital evidence presentation
                          system.

    54 -   1   06/09/03   DEF 1 Proposed Voir Dire.

    55 -   1   06/09/03   DEF 1 Proposed Jury Instructions.

    56 -   1   06/09/03   DEF 1 Trial Brief.

    57 -   1   06/09/03   [Re: DEF 1] PLF 1 motion in limine to preclude evidence that defendant
                          was shot by police officers at the time of his arrest.

    58 -   1   06/10/03   [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to dismiss
                          indictment for prejudicial pre-accusation delay (15-1).

    59 -   1   06/12/03   [Re: DEF 1] RRB Minute Order re: FPTC set 6/13/03 at 8:30 a.m. is
                          rescheduled for 6/13/03 at 8:15 a.m.   cc: F. Russo, K. McCoy, USM, USPO

    60 -   1   06/13/03   {SEALED}

    61 -   1   06/13/03   {SEALED}

    62 -   1   06/13/03   {SEALED}

    63 -   1   06/13/03   {SEALED}

    64 -   1   06/16/03   [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] fptc held 6/13/03.
                          TBJ remains set for 6/16/03 at 8:30 a.m.  cc: F. Russo, K. McCoy, USM,
                          USPO, JC

    65 -   1   06/17/03   DEF 1 motion on shortened time to dismiss for gross misconduct by
                          District Clerk of Court.

    66 -   1   06/17/03   [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore/Robin Carter] TBJ, Day
                          1 held 6/16/03.   General voir dire conducted.  Jury panel selected.
                          Opening statements heard. Def's oral motion to remove leg irons denied.

 ACRS: R_RDSDX                   As of 12/01/05 at 2:54 PM by GARRY                        Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                                "USA V BRET F. MANESS"
```

|                           | For all filing dates |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
|            |          | Court to reconvene 6/17/03 at 8:30 a.m. w/att jury panel record.  cc: F. Russo, K. McCoy |
| 67 -   1   | 06/18/03 | DEF 1 motion (ex parte) on shortened time for order directing payment of witness fees pursuant to Rule 17()b). |
| 68 -   1   | 06/18/03 | [Re: DEF 1] RRB Order granting motion on shortened time for order directing payment of witness fees pursuant (67-1).  cc:K. McCoy, USM |
| 69 -   1   | 06/18/03 | DEF 1 Supplement request for instructions. |
| 70 -   1   | 06/19/03 | [Re: DEF 1] RRB Order denying motion on shortened time to dismiss for gross misconduct by District Clerk of (65-1); mot to dismiss indictment for prejudicial pre-accusation delay.  cc: F. Russo, K. McCoy |
| 71 -   1   | 06/19/03 | [Re: DEF 1] Jury Instructions. |
| 72 -   1   | 06/19/03 | [Re: DEF 1] Verdict. |
| 73 -   1   | 06/24/03 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] TBJ Day 2 held 6/17/03. Court to reconvene 6/18/03 at 8:30 a.m.  cc: cnsl |
| 74 -   1   | 06/24/03 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] TBJ Day 3 held 6/18/03.  Rule 29 motion denied. Court to reconvene 6/19/03 at 8:30 a.m. cc: cnsl |
| 75 -   1   | 06/24/03 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] TBJ day 4 held 6/29/03.  Closing arguments heard.  Jury deliberated.  Verdict published.  Def found guilty of counts 1 & 2 of the Indictment.  Jury Polled.  IOS set for 8/28/03 at 9:00 a.m.  Def referred to the PO for presentence report.  Def detention continued w/att wit & exh list.  cc: cnsl |
| 76 -   1   | 06/24/03 | [Re: DEF 1] (AMENDED) RRB Court Minutes [ECR: Denali Elmore] TBJ Day 1 held 6/16/03. denying motion in limine to preclude evidence that defendant was shot by police officer (57-1).  cc: cnsl |
| 77 -   1   | 06/24/03 | DEF 1 motion to arrest w/att memo. |
| 78 -   1   | 06/30/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to arrest (77-1). |
| 79 -   1   | 07/15/03 | DEF 1 motion (amended) motion to strike ammunition from Indictment. |
| 80 -   1   | 07/15/03 | DEF 1 motion for reconsideration w/att exhs. |
| 81 -   1   | 07/16/03 | [Re: DEF 1] RRB Order granting motion to arrest w/att memo. (77-1); granting/denying motion for reconsideration w/att exhs (80-1).  The court will reconsider the limited issue re: possession of weapons.  The gov to respond to this argument by 7/30/03 and def may file a reply by 8/8/03.  Def will not be permitted to file motions independent of his counsel, with the exception of the reply brief, re the limited issue re: possession of weapons.  cc: F. Russo, K. McCoy, Def cy w/cnsl |
| 82 -   1   | 07/16/03 | DEF 1 Unopposed motion to continue sentencing set for 8/28/03. |
| 83 -   1   | 07/17/03 | [Re: DEF 1] RRB Order granting unopposed motion to continue sentencing set for 8/28/03 (82-1).  IOS is continued form 8/28/03 to 10/30/03 at 2:00 p.m.<br>cc: F. Russo, K. McCoy, USM, USPO |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                                      "USA V BRET F. MANESS"

                                        For all filing dates

 Document #    Filed       Docket text


    84 -  1    07/22/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion (amended) motion to strike
                           ammunition from Indictment (79-1) w/att exh.

    85 -  1    08/08/03    DEF 1 (pro se) reply to opposition to DEF 1 motion (amended) motion to
                           strike ammunition from Indictment (79-1)

    86 -  1    08/12/03    [Re: DEF 1] RRB Minute Order re: Gov may have until 8/29/03 to respond
                           to def's argument included in the reply at dkt 83, that his conviction
                           re: ammunition was inappropriate. cc: cnsl

    87 -  1    08/22/03    DEF 1 motion (request) to reply to governments additional opposition.

    88 -  1    08/25/03    [Re: DEF 1] RRB Order granting motion (request) to reply to governments
                           additional opposition (87-1).  Def may have until the COB 9/12/03 to
                           file a response to the government's supplemental briefing.  cc: cnsl

    89 -  1    08/27/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion (amended) motion to strike
                           ammunition from Indictment (79-1).

    90 -  1    09/18/03    DEF 1 reply to opposition to DEF 1 motion (amended) motion to strike
                           ammunition from Indictment (79-1).

    91 -  1    09/29/03    [Re: DEF 1] RRB Order denying motion (amended) motion to strike
                           ammunition from Indictment (79-1).  cc: F. Russo, B. Maness, K. McCoy

    92 -  1    09/29/03    [Re: DEF 1] RRB Minute Order re: IOS set for 10/30/03 is VACATED and
                           reset  to be held 11/13/03 at 10:30 a.m. in a courtroom to be determined
                           w/att aff.  F. Russo, K. McCoy, USM, UPSO

    93 -  1    10/02/03    DEF 1 Supplement re: motion to strike ammunition from indictment.

    94 -  1    10/06/03    [Re: DEF 1] RRB Minute Order that crt's order denying def's mot to
                           strike long guns and/or ammunition from Indt (dkt 91) stands as written.
                           cc: cnsl

    95 -  1    11/03/03    [Re: DEF 1] RRB Minute Order the IOS set for 11/13/03 is reset for
                           11/12/03 at 10:30 a.m.   cc: F. Russo, K. McCoy, USM, USPO

    96 -  1    11/05/03    DEF 1 motion on shortened time to continue sentencing by two weeks and
                           request for judicial recommendation that USM transport Bret F. Maness to
                           Anchorage pending IOS.

    97 -  1    11/06/03    [Re: DEF 1] RRB Order granting motion on shortened time to continue
                           sentencing by two weeks and request for that the USM keep the def at CIP
                           pending sentencing (96-1).  cc: F. Russo, K. McCoy, USM, USPO

    98 -  1    11/18/03    DEF 1 Sentencing Memorandum.

    99 -  1    11/18/03    [Re: DEF 1] PLF 1 Sentencing Memorandum.

   100 -  1    11/18/03    DEF 1 motion on shortened time for evidentiary hearing and request for
                           ruling on subpoenas before sentencing hearing.

   101 -  1    11/19/03    RRB Minute Order re: denying motion on shortened time for evidentiary
                           hearing and request for ruling on subpoena (100-1). Findings stated.
                           Def was convicted after a jury trial and will be sentenced according to
                           the sentencing guidelines.   cc: F. Russo, K. McCoy, USM, USPO
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                               "USA V BRET F. MANESS"

                               For all filing dates


 Document #   Filed      Docket text

  102 -   1  11/20/03   [Re: DEF 1] RRB Minute Order Government to respond to argument re
                        offense level in defendants sentencing memo by 12:00 noon, 11/21/03.
                        With regard to def's request for departure, the court would like the
                        government to respond to defendant's request to receive credit for 21
                        months of pre-indictmetn incarceration.  cc: F. Russo, K. McCoy

  103 -   1  11/21/03   PLF 1 Reply to DEF 1 Sentencing Memorandum, filed on shortened time.

  104 -   1  11/25/03   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] IOS held 11/25/03.
                        Imprisonment for a term of 120 months.  SR 3 years w/special conditions.
                        SA $100.00 due immediately.  Def remanded to the custody of the USM.
                        Def counsel given two week to file a motion to amend the sentence re:
                        pre-indictment incarceration.  cc: F. Russo, K. McCoy

  105 -   1  11/25/03   [Re: DEF 1] RRB Judgment found guilty on count(s) 1,2 of the Indictment
                        (1-1) (Counts consolidated for sentencing).  Imprisonment for a term of
                        120 months.  Def remanded to the custody of the USM.  SR 3 years
                        w/special conditions.  SA $100.00.  cc: AUSA, K. McCoy, USM, USPO, MJ
                        Roberts, Def w/cnsl cy, Finance, FLU

  106 -   1  12/01/03   DEF 1 motion on shortened time to extend time for filing notice of
                        appeal by thirty days w/att aff.

  107 -   1  12/01/03   DEF 1 motion (additional briefing) on defs' request for a U.S.S.G. 5K2.0
                        downward departure to reflect 21 months spent in custody for the conduct
                        alleged in the Indictment.

  108 -   1  12/02/03   [Re: DEF 1] RRB Order granting motion on shortened time to extend time
                        for filing notice of appeal by 1/5/04 (106-1).  cc: F. Russo, K. MCcoy,
                        Appeals Clerk

  109 -   1  12/16/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion (additional briefing) on
                        defs' request for a U.S.S.G. 5K2.0 downward departure to reflect 21
                        months spent in custody for the conduct alleged in the Indictment
                        (107-1).

  110 -   1  12/18/03   [Re: DEF 1] Transcript re: IOS held 11/25/03.

  111 -   1  12/24/03   [Re: DEF 1] RRB Order denying motion (additional briefing) on defs'
                        request for a U.S.S.G. 5K2.0 downward (107-1).  cc: AUSA, FPD, USM, USPO

  112 -   1  12/29/03   DEF 1 appeal to 9CCA of (105-1) filed 11/25/03. cc: K. McCoy, F. Russo
                        (AUSA), USM, USPO, Judge Beistline, 9CCA

  113 -   1  12/30/03   [Re: DEF 1] Cy 9CCA Time Schedule Order. (112-1) cc:K. McCoy, F. Russo
                        (USA), Judge Beistline, ECRs, 9CCA (Original)

  114 -   1  01/06/04   DEF 1 Transcript Designation with Original Order Form re: notice of
                        appeal (112-1). cc:ecr w/transcript order.

  115 -   1  02/09/04   USM Return of svc on 01/30/04 to USP Atwater at Atwater, CA.

  116 -   1  02/19/04   [Re: DEF 1] Transcript FPTC held 6/5/03 re: notice of appeal (112-1)
                        (Located in expando)

  117 -   1  02/19/04   [Re: DEF 1] Transcript FPTC held 6/13/03 re: notice of appeal (112-1)
                        (Located in expando)

 ACRS: R_RDSDX              As of 12/01/05 at 2:54 PM by GARRY                        Page 7
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                                    "USA V BRET F. MANESS"

                                        For all filing dates

 Document #    Filed       Docket text
 ──────────    ─────       ───────────

  118 -   1   02/19/04    [Re: DEF 1] Transcript TBJ-Day 1 held 6/16/03 re: notice of appeal
                          (112-1)

  119 -   1   02/19/04    [Re: DEF 1] Transcript TBJ-Day 2 held 6/17/03 re: notice of appeal
                          (112-1) (Located in expando)

  120 -   1   02/19/04    [Re: DEF 1] Transcript TBJ-Day 3 held 6/18/03 re: notice of appeal
                          (112-1) (Located in expando)

  121 -   1   02/19/04    [Re: DEF 1] Transcript TBJ-Day 4 held 6/19/03 re: notice of appeal
                          (112-1) (Located in expando)

  122 -   1   02/19/04    [Re: DEF 1] cy 9CCA Certificate of Record. (112-1) cc: USA, FPD, USM,
                          PO, Judge Beistline, 9CCA (original)

 NOTE -   5   05/26/04    Transmittal: Forwarded D.C. record to 9CCA consisting of 6 original
                          vols, 1 sealed, and 2 expandos w/transcripts dkt# 116-118l 119-121.

 NOTE -   6   06/02/04    Notation (re: Appeal): received from 9CCA notice of receipt of file
                          sent.

  123 -   1   07/02/04    [Re: DEF 1] Copy of Order from 9CCA (112-1) on or before 7/7/04 parties
                          shall simultaneously submit supplemental letter briefs not to execeed
                          5pgs addressing the effect of Blakely & Washington on sentencing issues
                          in this case. cc:USA, FPD, Judge Beistline

  124 -   1   06/16/05    [Re: DEF 1] RRB Order upon remand and request for briefing.  Parties may
                          submit brfing re sentence imposed 11/25/03 by 7/15/05.  If the def does
                          not wish to be re-sentenced the def shall notify the court and
                          government of this by 7/5/05.  cc: AUSA, FPD

  125 -   1   07/15/05    DEF 1 motion on shortened time to extend time for filing response to
                          order at docket 124.

  126 -   1   07/18/05    [Re: DEF 1] RRB Order granting motion on shortened time to extend time
                          for filing response to order at docket 124 (125-1).  The parties have 60
                          days following the issuance of the FRAP 41 mandate by the appellate
                          court to file their responses to dkt 124.  cc: AUSA, FPD, 9CCA, Appeals
                          Clerk

  127 -   1   08/23/05    [Re: DEF 1] Copy of Order from 9CCA (112-1) that order granting
                          appellant's petition for rehearing & suggestion for rehearing en banc
                          filed on 6/27/05 is withdrawn.Appellant's petition for panel rehearing
                          is GRNATED.  The memo disposition file on 6/9/05 is AMENDED w/att memos
                          cc: USA, FPD, Judge Beistline

  128 -   1   08/23/05    [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (112-1) that
                          the district court's decision is AFFIRMED IN PART AND REMANDED. cc: USA,
                          FPD, Judge Beistline

 NOTE -   7   08/25/05    Notation (re: Appeal): D.C. record from the  9CCA consisting of 6
                          original vols, 1 sealed, and 2 expandos w/transcripts dkt# 116-118l
                          119-121.

  129 -   1   09/14/05    [Re: DEF 1] PLF Response to order at dkt # 124(opposition to new
                          sentencing hrg) w/att exh.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0077--CR (RRB)
                                   "USA V BRET F. MANESS"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 130 - 1 | 09/15/05 | DEF 1 motion to stay further proceedings pending resolution of Bret F. Maness's petition for writ of Certiorari to be filed in the US Supreme Court. |
| 131 - 1 | 10/04/05 | [Re: DEF 1] RRB Order granting motion to stay further proceedings pending resolution of Bret F. Maness's petition for writ of certiorari to the Supreme Court (130-1).  cc: AUSA, FPD, USM, USPO, MJ ROBERTS |
| 132 - 1 | 11/15/05 | DEF 1 Notice of filing petition for writ of certiorari to US Supreme Court. |