Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BRET F. MANESS,<br><br>                    Defendant. | NO. 3:03-cr-0077-RRB<br><br>**NOTICE THAT PETITION FOR WRIT OF CERTIORARI HAS BEEN DENIED** |

In accordance with this court's order at Docket No.131, Bret Maness advises that the United States Supreme Court denied his Petition for Writ of Certiorari on February 21, 2006.[1]  It is therefore appropriate to order memoranda from the parties as to whether resentencing is appropriate under *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (*en banc*).  *See United States v. Bret F. Maness*, Opinion No. 04-30004 at pg 3, granting limited remand pursuant to *United States v. Ameline*.

---

[1] Counsel learned  on April 24, 2006, that the petition for writ of certiorari had been denied.

DATED at Anchorage, Alaska this 25th day of April  2005.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:          907-646-3400
Fax:             907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on April 25, 2006,
a copy of the *Notice That Petition*
*for Writ of Certiorari Has Been*
*Denied* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy