UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   BRET F. MANESS  

DATE:   April 26, 2006        CASE NO.   3:03-CR-0077-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REQUESTING BRIEFING**

---

      The Court is in receipt of the Notice that Petition for Writ of Certiorari has been Denied (Docket 133). The parties shall have until the close of business on **Monday, May 15, 2006,** to brief the issue as to whether re-sentencing is appropriate pursuant to U.S. v Ameline, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc).

M.O. REQUESTING BRIEFING