# BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## NATIONAL TRACING CENTER

Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: September 05, 2001



## FIREARMS TRACE SUMMARY

Trace Number: T20010158922              Request Date: August 17, 2001

JONATHAN HANSEN
ANCHORAGE FIELD OFFICE
222 WEST SEVENTH ST., ROOM 547
ANCHORAGE, AK  99513-7593

Badge No:
Investigation No: 787010010001

CHRISTIAN M JONES
ANCHORAGE POLICE DEPARTMENT
4501 SOUTH BRAGAW ST
ANCHORAGE, AK  99507
Badge No: 1206
Investigation No: 0132961

### FIREARM INFORMATION
Manufacturer: NORTH CHINA INDUSTRIES
Model: MAK90
Caliber: 762
Serial Number: 616404
Type: RIFLE
Country: CHINA
Importer: K-SPORTS IMPORTS INC. (KSI) POMON
Obliterated:
Identifying Marks: SER. NO.=18404
NIBIN:
Gang Name:

### PURCHASER INFORMATION    Purchase Date: 12/23/1993
VIRGLE WILLIAM DAVIS                        DOB: 02/03/1948
7041 ARLENE
ANCHORAGE, AK  99502
UNITED STATES OF AMERICA

Race: WHITE           Height: 6 ft. 0 in.
Sex: Male             Weight: 210 lbs.
ID 1:    KNOWN TO DEALER    #:
ID 2:                       #:

Purchaser may be associated with 2 other trace(s)/multiple sale(s).
Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### RECOVERY INFORMATION    Recovery Date: 06/28/2001
GLEN HWY EKLUTNA OVERPAS    Time to Crime: 2744 days
AK
UNITED STATES OF AMERICA

Recovery location is not associated with any other traces.
Possessor: BRET F MANESS              DOB: 02/01/1965
Possessor may be associated with 1 other trace(s)/multiple sale(s).
Contact the local ATF office for additional information.

### DEALER INFORMATION    Ship Date: 12/10/1993
MERRILL FIELD PROPELLER
2301 MERRILL FIELD DR #E
ANCHORAGE, AK  99501-0000
Phone: (907) 272-2368

### SUMMARY OF RESULTS
THE FINAL RETAIL DEALER INDICATED THAT THE PURCHASER IDENTIFIED IN THIS TRACE HAS ACQUIRED
ADDITIONAL FIREARMS FROM HIS/HER BUSINESS.

Additional Remarks:

The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.
(1077 of 1252)                        Trace: T20010158922                        Page 1 of 1

Exhibit A - Page 1 of 1