DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-077-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF UNITED** |
| | ) | **STATES' OPPOSITION TO** |
| vs. | ) | **NEW SENTENCING** |
| | ) | **HEARING** |
| BRET F. MANESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States and hereby responds to the Court's Order at docket 134, regarding whether a new sentencing hearing was necessary pursuant to United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005).  The United States previously filed its opposition at docket 129, filed on September 14, 2005, and

relies upon its arguments made therein.   Accordingly, the United States respectfully requests the Court deny the defendant a new sentencing hearing.

    RESPECTFULLY SUBMITTED this 15th day of May, 2006 in Anchorage, Alaska.

                      DEBORAH M. SMITH
                      Acting United States Attorney

                      s/ Frank V. Russo
                      Assistant U.S. Attorney
                      Federal Building & U.S. Courthouse
                      222 West Seventh Avenue, #9, Room 253
                      Anchorage, Alaska  99513-7567
                      (907) 271-5071
                      (907) 271-1500 (fax)
                      Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing
was sent to Kevin McCoy, Esq. on May 15, 2006, via:

    (X) Electronic case filing notice


s/ Frank V. Russo