Bret F. Maness - Pro Se

Reg. No. 14611-006

U.S. Penitentiary

P.O. Box 019001-0910

(209) 386-4673

RECEIVED
MAY 23 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

        UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | No. 3:03-cr-0077-RRB |
|    VS.         ) | MOTION TO PROCEED PRO SE |
| BRET F. MANESS, ) | |
|    Defendant.  ) | |
| _____ ) | |

    I, Bret F. Maness, hereby invoke my absolute right to represent myself in all further proceedings relating to the above named case.

    I, voluntarily and intelligently waive my Sixth Amendment right to assistance of counsel. See: <u>Faretta V. California,</u> 422 U.S. 806, 819-21 (1975).

    Mr. Maness request that the Alaska Federal Defender

Agency for the District of Alaska timely forward the file on this case to him.

Dated this 14th of May, 2006

_____
Bret Maness

I, Bret F. Maness hereby declare under pain of perjury that I placed true and correct copies of the foregoing in a sealed envelope, first class postage pre-paid, in the legal mail system at U.S.P. Atwater, addressed to:

District of Alaska Court Clerk

Frank Russo, Asst. U.S. Attny.

At their addresses of record on 5-14-06

_____
Bret Maness