RECEIVED
MAY 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Bret F. Maness-Law Clerk

Reg. No. 14611-006

United States Penitentiary

P.O. Box 019001

Atwater, CA 95301

March 22, 2005

Church of Jesus Christ of Lds

770 Gradelle Ave.

Fairbanks, AK 99709

To whom it may concern,

I have been informed that Ralph R. Beistline is a member of your church. As you may be aware, Mr. Beistline is a Federal District Judge. You may be interested to know that there is undisputable evidence that Mr. Beistline is a coddler of child molesters. Please see for yourself in the case: <u>Dandova V. State</u>, 72 P.3d 325 (Alaska 2002). (This is the Pacific Reporter available at the Lexis-Nexis web site at http://www. lexisnexis.com.). In this case, (handed down when Mr. Beistline was a State Judge in Fairbanks), Mr. Biestline awarded custody to a child molester. This infant molester had admitted in open court of thoroughly disgusting acts of child sexual abuse of his own son. Why this case did not get more

EXHIBIT B-1

publicity and how Mr. Beistline remains on the bench I can only speculate.

My concern is, now that the Federal Sentencing Guidelines have been made advisory instead of mandatory by the Supreme Court in <u>United States V. Booker</u>, 160 L.Ed.2d 621, 125 S.Ct. 738, you can look forward to slaps on the hand for child molesters and/or child pornographers from Mr. Beistline. The "U.S. Protect Act" trumpeted by Hon. Senator Orin Hatch and passed by Congress was specifically designed to prevent light sentences for child molesters handed down by the likes of Mr. Beistline. This law was gutted by the Supreme Court in Booker.

Anything you can do to protect the little children will be appreciated by me and Jesus Christ - (Matthew 18), also with the recent child abuse scandals in certain other churches, the impeccable reputation of your own church may be at stake.

Very Truly Yours,

Bret Maness