**Ehm - Direct** 2-145

1  indicated that he thought he saw movement up ahead. We began
2  to slow down a little bit more. There was a small knoll that
3  was to our right that affected our diamond formation a little
4  bit. As we began to come around the knoll, that's when I saw
5  the subject for the first time.
6  Q  Was there anything obstructing your view of the suspect?
7  A  There was just typical vegetation in the woods, but I could
8  clearly see the suspect.
9  Q  Can you describe what you saw?
10 A  I saw a white male, medium stature, kind of scraggly
11 looking, wearing a plaid type flannel shirt. He had what
12 looked to be an assault rifle. Initially, when we first -- I
13 first made visual of him, he appeared to be walking and made a
14 left turn, basically pivoting towards us, so at that point
15 he -- he was facing us. And this was all very quick and
16 basically one movement. He had with him that assault rifle; he
17 appeared to me to be holding it by a grip. He was holding it
18 one-handed, and I believed it to be his right hand. I felt he
19 was holding it about mid upper torso, not up at the chest as if
20 pointed in, but not down at the -- at the waist. Kind of in
21 between.
22     He turned immediately around, pivoting, facing us, pointing
23 the rifle towards us, made some statements at that point. And
24 then we were forced to take some action.
25 Q  What statements did he make?

ATTACHMENT A-1

---

**Ehm - Direct** 2-146

1  A  He said, "Get the fuck away from me or I'll kill you."
2  Q  What tone of voice did he use?
3  A  He was yelling, and it was angry, and I believe he meant
4  it.
5  Q  And did he stop when he did that? You said he was
6  But was he not moving at all or was he moving?
7  A  Well, he stopped walking away. He -- he stopped. When he
8  pivoted, he turned and faced us as if he was holding his ground
9  at that point
10 Q  And prior to that, had you guys said anything to him?
11 A  No.
12 Q  Okay. Did you say anything afterwards?
13 A  No. We did not have time.
14 Q  What happened as he turned, pivoted and said he was going
15 to kill you?
16 A  When he -- as he was turning and pivoting, I -- I made the
17 comment to the effect "there he is." I could see the gun. I
18 hollered out "gun" and then I immediately gave the dog a
19 command to go down. This is something that was discussed with
20 the tracking team before we even started in case this scenario
21 or a similar scenario were to play out with an armed suspect,
22 what their responsibilities would be to do and what I would be
23 doing with the dog. Basically, you want the dog out of the
24 way. It's no longer a dog call at that point.
25     I downed the dog. As soon as the dog went down -- which

ATTACHMENT A-2

---

**Ehm - Direct** 2-147

1  this is happening in fractions of a second. It's all one big
2  fluid moment -- movement. Then Officer Peck fired one shot
3  from his shotgun.
4  Q  Where were you in relation to Officer Peck?
5  A  I was standing off to Officer Peck's right side.
6  Q  Okay. About how far away was the suspect from you and
7  Officer Peck?
8  A  My estimation is somewhere around 50 feet. I had the dog
9  out on a 30-foot lead but he was not fully out all the way at
10 30 feet because of the vegetation. He was somewhere between 20
11 and 25 feet. And then the suspect was about that same distance
12 from the dog.
13 Q  Just prior to Officer Peck firing, what did you see in
14 terms of the suspect? What did you see on his body or what he
15 was doing?
16 A  Like I explained, I saw the flannel shirt, I saw him turn
17 and point the gun at us, yelled a statement as he's turning
18 and -- and seeing us.
19 Q  Okay. And after Officer Peck fires the shot, what happened
20 to the suspect?
21 A  The suspect appeared to immediately fall backwards and go
22 out of view from us.
23 Q  What happened next?
24 A  We immediately began to pull back a few feet for better
25 cover, for safety reasons. I attempted to do so, but Gizmo's

ATTACHMENT A-3

---

**Peck - Cross** 2-217

1  A  Correct.
2  Q  Couldn't see his head?
3  A  No.
4  Q  Okay.
5  A  Not from my position.
6  Q  All right. But the individual was facing you? Is that
7  what you're saying?
8  A  Correct.
9  Q  All right. And he had -- would you stand up for a minute
10 and demonstrate for the jury how he had the rifle? It was
11 shouldered, wasn't it?
12 A  Yes.
13 Q  Okay.
14 A  From what I could see.
15 Q  Thank you. And it looked to you -- do you have any
16 military service, sir?
17 A  Four years in the Air Force.
18 Q  Did you ever fire an AK-47?
19 A  I have not.
20 Q  Ever fire an assault rifle like it?
21 A  I've fired assault rifles. I don't know that I've fired
22 one like it though.
23 Q  Okay. Generally, in your experience, do assault rifles
24 have much of a kick?
25 A  I know the -- the ones that I fired, the M-16's fire 223

PAGE 1   ATTACHMENT A-4