RECEIVED
MAY 30 2006
CLERK, U.S. DISTRICT
ANCHORAGE, ALASKA

Peck - Direct                                              2-201

1   around him. I saw the suspect holding a rifle, an AK-47
2   type -- type rifle pointed in our direction. He made
3   statements that -- that he was going to kill us. And at that
4   point, I shot him.
5   Q  How close are you to the suspect when you first saw him?
6   A  Twenty-five to 30 yards.
7   Q  Okay. And can you describe what he did when you first
8   observed him?
9   A  When I stepped around, he was yelling, "Get away -- get the
10  fuck away from me. I'll fucking kill you." And I think he
11  said that twice. He said -- and excuse my language -- but "Get
12  the fuck away from me. I'm going to -- I'll fucking kill you.
13  Stay the hell away from me." And it was at that point that I
14  fired. And through the vegetation, I couldn't see his whole
15  body but what I could see was that he had a rifle shouldered,
16  in the shoulder of his pocket [sic], and it was an AK-47 type
17  rifle, pointed in our direction.
18  Q  Was he stopped when you saw him?
19  A  He was stopped and he was facing us.
20  Q  Okay. So there was some foliage obstructing your view?
21  A  Yes.
22  Q  How close was the dog to him?
23  A  Halfway between us and him.
24  Q  Okay. And you said you stepped around officer Ehm were
25  you two -- was officer Ehm to your left or your right when you

---

Peck - Cross                                              2-218

1   rounds and they're not -- they don't have much of a kick.
2   Q  If you held it in --
3   A  It's like shooting a .22.
4   Q  Yeah. If you held it in your hand in a pistol grip and
5   not -- not at your shoulder, okay, what would happen when you
6   pulled the trigger?
7   A  Not much.
8   Q  It would go back though, wouldn't it?
9   A  It might a little bit.
10  Q  Okay. Now the -- the events that you've described, this
11  happened -- when you encountered the suspect, when you saw the
12  person's torso, that was all very quick; correct?
13  A  Yes.
14  Q  How -- what's your estimate of the time span that we're
15  talking about?
16  A  One to two seconds from the time that I actually first laid
17  eyes to the time that I fired --
18  Q  Fired the shot?
19  A  Yes, sir.
20  Q  Okay. And the terrain that your --
21      MR. MCCOY: Could we have what's been admitted into
22  evidence as Plaintiff's 16 on the screen, please.
23      (Side conversing)
24  Q  And as I understand your testimony, sir, this was
25  approximately where you were standing when you fired the shot.