RECEIVED
MAY 30 2006
U.S. DIST...
ANCHORAGE, ALASKA

AK REGIONAL DIAGNOSTIC IMAGING
2801 Debarr
Anchorage, AK ...08
PHONE #: (907)264-1244
FAX #: (907)264-1641

NAME: MANESS, BRETT F
PHYS: Matthew, Brian MD
DOB: 02/01/1965  AGE: 36  SEX: M
ACCT: L00260829226  LOC: L.IC7 01
EXAM DATE: 06/28/2001  STATUS: ADM IN
RADIOLOGY NO: 147962
UNIT NO: L000329015

EXAMS:
000257161 CHEST WO CONTR   CT
Reason For Exam: PNEUMO.
CPT: 71250

CLINICAL INDICATION: Abnormal chest radiograph suggesting pneumothorax. Gunshot wound to the scapula.

Spiral scans were made through the chest without use of any oral or IV contrast material.

There are bits of air dissecting about the posterior right shoulder girdle that appear to have resulted from the path of a bullet through the posterior chest wall musculature and scapula.

The fractures involve the inferomedial part and spare the glenoid proper and the acromion. The middle to inferior part of the scapula is somewhat comminuted. A few tiny bullet fragments and bone fragments are seen scattered about in a tract that goes from posteromedial out through the lateral aspect of the deltoid muscle region. A small amount of gas has dissected along the subscapularis anteriorly. There does not appear to be any associated rib fracture, nor is there any pleural effusion or pneumothorax.

The patient does have gigantic bullae that make the chest radiograph quite hyperlucent and quite abnormal. There probably is some air trapping in the two largest upper lobe bullae because the anterior pleural reflection is shifted to the right, and the mediastinum is shifted slightly to the right. Smaller, but still quite dramatic-appearing bullae and blebs are seen in the right upper lobe. The right lower lobe is free of any bullae except for a small one in the posterolateral aspect of the superior segment. The left lung shows relative sparing of the basal portion of the left lower lobe, a large bulla in the superior segment, and near total replacement of the left upper lobe by extraordinary bullae. There is no evident mediastinal injury nor mediastinal adenopathy.

The visualized portion of the abdomen all appears normal on this noncontrast scan.

IMPRESSION: Comminuted fracture of the middle to inferior part of the left scapula secondary to a gunshot wound. No penetration of the

PAGE 1          MEDICAL RECORDS          (CONTINUED)
200259

ATTACHMENT B-1
ATTACHMENT B-2

---

ALASKA REGIONAL HOSPITAL
NAME: MANESS, BRETT F
MR#: L000329015
Thomas P Vasileff, MD
RM#: L.432-01
DOB: 02/01/65
SSN: 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

OPERATIVE REPORT
DATE: June 29, 2001
SURGEON: Thomas Vasileff, MD
ASSISTANT: None.
ANESTHESIA: Robert Gudor, MD
PREOPERATIVE DIAGNOSIS: Large gunshot wound slug from shotgun from medial aspect of back just medial to the scapula with an exit wound through the deltoid crushing the scapula.
POSTOPERATIVE DIAGNOSIS: Large gunshot wound slug from shotgun from medial aspect of back just medial to the scapula with an exit wound through the deltoid crushing the scapula.
OPERATION PERFORMED: Extensive complex debridement of gunshot wound to back and left shoulder.
INDICATIONS: This is a thirty-six year-old male who suffered a gunshot wound to his left shoulder and back. Because of extensive bleeding, he was not debrided initially but it was felt that this needed to be done. Once the patient was stabilized, it was felt safe to bring the patient to surgery today and to do a debridement of the wound. The patient was given informed consent. After he agreed to the informed consent, we proceeded with the surgery. He was made aware of the fact that he had some neurological embarrassment to his left shoulder.
OPERATIVE FINDINGS: There were gross contamination of both wounds, both the entrance and the exit wound. There was material consistent with either clothing or grass or cotton. There was some comminution of the scapula over the medial border and loose fragments that were not connected to bone that were removed.
DESCRIPTION: With the patient under satisfactory general anesthesia, Mr. Maness was positioned in right lateral decubitus position. The exit wound which was fairly large, approximately 3.5 inches in diameter, was debrided from a peripheral to central direction. At first, the edges of the wound were sharply debrided and the subcutaneous and the deep fascia through the deltoid muscle, and the supraspinatus. An incision was then made to open up this exit wound medially and superiorly. This was opened down to the supraspinatus and infraspinatus muscle.

There was obviously severe soft tissue damage at this area. The supraspinatus and infraspinatus muscles were sharply debrided. There was soft tissue about the shoulder and foreign bodies. These were removed. There was comminution about the

200254     ATTACHMENT B-3
Medical Record Copy                     Page 1 of 2

---

ALASKA REGIONAL HOSPITAL
NAME: MANESS, BRETT F
MR#: L000329015
OPERATIVE REPORT

scapula, and the scapular spine. These loose fragments were removed and the scapula was curetted.

Hemostasis was established with electrocauterization. This wound was felt to be adequately debrided.

The entrance wound was then approached. The entrance wound was approximately 1.5 cm in diameter. The edges of the wound were sharply debrided down to the paraspinous muscles and down to the medial border of the scapula. The levators were detached from this border as the medial border of the scapula was markedly comminuted. The levator muscles were then debrided and a moderate amount of debris was noted.

This was debrided and then dissection was carried more toward the lateral aspect. An incision was then made approximately 3 inches superolaterally to get better exposure of the scapula. The skin, subcutaneous, and fascia were then entered. Hemostasis was established with electrocauterization. This gave better exposure of the contaminated wound which was a fairly long wound from near the center of the spine and exiting laterally through the shoulder. We were able to see the path of the projectile and the massive soft tissue injury. The muscles were debrided. The fascia was debrided and material consistent with clothing was removed.

There was, again, several pieces of bone fragments that had no soft tissue attachment and these were removed. These were part of the scapula. Following more extensive debridement, the wound was then jet lavaged with over three liters of genitourinary irritation. Hemostasis was established with electrocauterization.

The incisions used to obtain better exposure to the medial and lateral aspect of the scapula were then closed with #1 interrupted Prolene sutures. The wounds were then packed open with Betadine soaked sponges 50% diluted. Then, more 4 x 4s and ABDs were applied. Estimated blood loss was 100 cc. Sponge and needle counts correct. The patient was then positioned in supine position and taken to recovery in satisfactory condition.

Thomas P Vasileff, MD
MRW
D: 06/29/01 1356
T: 07/04/01 1616

cc: Thomas P Vasileff, MD
    Richard Peters, MD
    Robert Gudor, MD

200255     ATTACHMENT B-4
Medical Record Copy                     Page 2 of 2