RECEIVED
3 0 2006
DISTRICT COURT
ANCHORAGE, ALASKA






ATTACHMENT B-5

ATTACHMENT B-3

ATTACHMENT B-4

ATTACHMENT B-6

THIS LEAF WAS BEHIND MR. MANESS