Bret F. Maness - Pro Se

Reg. No. 14611-006

U.S. Penitentiary

P.O. Box 019001-0910

(209) 386-4673

RECEIVED

MAY 23 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                Plaintiff, )   No. 3:03-cr-0077-RRB
     VS.                     )   AFFIDAVIT OF BRET MANESS IN
                                  SUPPORT OF RECUSAL
BRET F. MANESS,              )
    Defendant.               )
_____)

       Bret F. Maness, being duly sworn, hereby states:

(1) I am the Defendant in the above named case.

(2) On May 5, 2005, I filed a complaint on U.S. District Court Judge Ralph R. Beistline.

(3) On March 22, 2005, I sent a letter complaining of Judge

Beistline's leniency towards child molesters.

(4) This recusal motion is made in good faith and is not for purposes of delay.

    Signed under pain of perjury,

    no notary is available at this time

Signed: _____ Date: 5-14-06
              Bret Maness

Witness: _____ Date: 5-14-06
              Jason Warrick