Bret F. Maness - Pro Se

Reg. No. 14611-006

U.S. Penitentiary

P.O. Box 019001

Atwater, CA 95301-0910

(209) 386-4673

**FILED**

JUN 1 2 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 3:03-cr-0077-RRB |
| vs. | ) | MOTION TO CORRECT CLERICAL |
| BRET F. MANESS, | ) | ERROR IN JUDGEMENT |
| Defendant. | ) | |
| _____ | ) | |

    Bret F. Maness, Pro Se, hereby moves this Court to correct a clerical error in his judgement of conviction.

    This motion is submitted pursuant to Fed.R.Crim.P. 36.

    Mr. Maness's "Judgement In A Criminal Case" (Exhibit A) shows two convictions for "felon in possession of a

firearm and ammunition". With a footnote that states "counts consolidated for sentencing".

Prior to sentencing, Mr. Maness filed a motion to arrest judgement pursuant to Fed.R.App.P. 34 because the two convictions were multiplicitous. Said motion was well taken and was granted.

Mr. Maness requests that the judgement be amended to show only one conviction. "The conviction as well as the sentence on one of the two multiplicitous counts must be vacated to avoid both the punitive collateral effects of multiple convictions as well as the direct effect of multiple sentences". United States V. Alerta, 96 F.3d 1230, 1239 (9th Cir. 1996) (internal quotation marks and citations omitted).

### CONCLUSION

As it was overlooked that controlling caselaw requires one of Maness's multiplicitous convictions be vacated, his "Judgement In A Criminal Case" must be amended to correct this clerical error.

Dated this 5th day of June, 2006

_____
Bret Maness

2

I, Bret F. Maness hereby declare under pain of perjury that I placed true and correct copies of the foregoing in a sealed envelope, first class postage pre-paid, in the legal mail system at U.S.P. Atwater, addressed to:

District of Alaska Court Clerk

Frank Russo, Asst. U.S. Attny.

at their addresses of record on 6-5-06

_____
Bret Maness