RECEIVED
NOV 25 2003

# UNITED STATES DISTRICT COURT

NOV 25 2003
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ PD   Deputy

District of Alaska

UNITED STATES OF AMERICA
v.

**BRET F. MANESS**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **A03-0077-CR (RRB)**

Kevin McCoy
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)  1 and 2 of the Indictment
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm and Ammunition | 06/28/01 | 1* |
| 18 U.S.C. § 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm and Ammunition | 06/28/01 | 2* |

*Counts consolidated for sentencing

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 02/01/1965

Defendant's USM No.: 14611-006

Defendant's Residence Address:

Cook Inlet Pre-Trial Facility

Anchorage, AK 99501

November 25, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

NOA
✓12/5

RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

November 25, 2003
Date

Defendant's Mailing Address:

Same as Above         KFM

A03-0077--CR (RRB)    US PROBATION
                      FINANCE
McCOY (FPD)           MAGISTRATE JUDGE ROBERTS
P. RUSSO (US-ATTNY)   Def w/cnsl cy
US MARSHAL            PTN

MAILED ON  11/25/03
BY  PD

EXHIBIT A

105

4a