IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BRET F. MANESS,<br><br>      Defendant. | Case No. 3:03-cr-0077-RRB<br><br>**<u>ORDER RE PLAINTIFF'S<br>MOTION TO PROCEED PRO SE</u>** |

      Before the Court at Docket 137 is the Defendant, Bret F. Maness, with a Motion to Proceed Pro Se.  The motion is unopposed. Mr. Maness has an extensive history with the criminal justice system and likely understands the ramifications of self-representation.  However, the issue remaining before this Court is limited to the issue of re-sentencing, which has yet to be resolved by this Court.  If re-sentencing is permitted, Defendant would likely benefit from legal representation.

      The issue of whether or not re-sentencing is required has been fully briefed and is currently under consideration.

Therefore, although the Court **DENIES** the Motion to Proceed Pro Se at this time, all of Mr. Maness's pleadings will be considered by the Court.

    ENTERED this 14th day of June, 2006.

                        /s/ RALPH R. BEISTLINE
                         UNITED STATES DISTRICT JUDGE