Bret F. Maness
In Propria Persona
Cook Inlet Pre-Trial Facility
1300 E. 4th Avenue
Anchorage, Ak.  99501
(907) 269-0900

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| BRET F. MANESS ) | |
| ) | |
| Plaintiff, ) | CASE NO. _____ |
| ) | |
| vs ) | |
| ) | |
| MIKE GORDON ) | |
| SHELLY GORDON ) | |
| FRED POTTS ) | |
| MARC KOLSTAD ) | |
| ARVID (BJ) BJORTON ) | |
| ROBERT PIPKIN ) | |
| MIKE JUSTICE ) | |
| JAMES SERFLING ) | |
| TERRY STAHLMAN ) | |
| ) | |
| Defendants. ) | |

I, Bret F Maness, In Propria Persona, contend that the following is fact.

    1.  On or about the month of June, 1976 at the age of 11 years, after fishing in Ship Creek near downtown in Anchorage, Alaska, I was walking down fourth avenue with my fish to catch a bus home.

    2.  On my way to the bus stop I passed near a business at or near the corner of Fourth avenue and D street, in Anchorage Alaska.

    3.  This business, which had the word "NOVELTIES" in the window, sold pornographic materials in the back of the shop, while the front of the shop contained prank/gag items (itching powder, cigarette loads ect.) and comic books marketed towards children.

    4.  I was lured into this shop by Shelley Gordon.

    5  After gaining my trust, Shelley Gordon offered me a soda-pop.

EXHIBIT A-1

that contained a "date rape" drug.

6.  Shelley Gordon, a skilled hypnotists then hypnotized me.

7.  After taking me to a concealed room in the back of the shop, I was handcuffed to a chair.

8.  Shelley Gordon began to perform fellatio on me, after a short while Mike Gordon entered the room and attempted to force me to perform fellatio on him, using hypnotic suggestion Shelley Gordon tried to coerce me into performing fellatio on Mike Gordon by telling me "he just wanted to feel good". During this , video recording equipment was operating.

9.  After I emphatically refused to perform fellatio on Mike Gordon, he became extremly angry, threatening my life and that of my family, and physically tortureing me by pinching my ears (so not to leave any marks) and finally ordering Shelley Gordon to "shoot me up".

10. Shelley Gordon then injected a syringe into my arm after which I lost consciousness.

11. Upon regaining consciousness, being heavily drugged and unable to move in addition to being handcuffed to a chair, I found Mike Gordon's penis was inserted into my mouth.

12. I promptly bit Mike Gordon's penis as hard as I could, for lack of any other way possible to defend myself.

13. Shelley Gordon then stated "this ones too strong, we better let him go". She was referring to my resistance to the drug-induced

MANESS v GORDON ET AL
CIVIL COMLAINT
CASE NO. _____
PAGE ___OF____

EX. A-2

hypnosis.

14. Mike Gordon being extremly angry, sexually frustrated, and who's penis was now injured said "no, I want him" but did not attempt to force me to perform fellatio on him again at that time.

15. Shelley Gordon then completed her act of fellatio upon me and collected my semen in a plastic bag.

16. Through hypnotic sugestion I was instructed to forget the episode of child rape/molestation/pornography.

17. Through hypnotic suggestion, I was instructed to return to the "NOVELTY" shop and to "bring my friends".

18. After leaving the "NOVELTY" shop, because of the hypnotic suggestions I did not remember the episode of child rape/molestation committed against me, or the child pornography made of me.

19. Because of the hypnotic suggestions I returned to the "NOVELTY" shop.

20. Over a period of months I returned to the "NOVELTY" shop many times, and was placed under hypnosis by Shelley Gordon.

21 Through hypnotic suggestion, coercion and force, I participated in many perverted homosexual acts with Mike Gordon and others. Which included Mike Gordon urinating upon my face. Some of the other participants were hypnotized also.

22. At least some of these acts of homosexual child rape/molestation that were committed against me were filmed on sophisticated video recording equipment and thus transformed into child pornography, still photographs were taken also.

MANESS v GORDON ET AL
CIVIL COMLAINT
CASE NO. _____
PAGE ___ OF ___

EX. A-3

23. As I was instructed I brought some other children that were my neighborhood friends to this "NOVELTY" shop.

24. A 10-11 year old neighbor girl was hypnotized, tied to a chair, molested and urinated upon in front of me by Terry Stahlman and Mike Gordon.

25. At the end of these child rape/molestation and child pornography sessions, that were committed while I was under hypnosis, I was always instructed to "forget all about it". I recall at least once (after being urinated upon) taking a shower and having my hair blown dry by Shelly Gordon, who also always performed fellatio upon me to completion and usally collected my semen in a plastic bag.

26. There was a large quantity of satanic ritual and sadomasochism paraphernallia material in the concealed room in the back of the "NOVELTY" shop.

27. I was always told at the end of these visits, while under hypnosis, that if I ever told anyone about the child rape/molestation and child pornography production that took place there, everybody would say I was "crazy". I was told to "forget all about it", and many of the homosexual child pornography films I was forced to participate in featured satanic/sadomasochist themes.

28. The last time I was in the "NOVELTY" shop, during a conversation with Mike and Shelly Gordon, my memory was jarred when Mike Gordon demanded I "look into his eyes", the acts of child rape/molestation committed against me and of the child pornography filmed of me and my freinds, were partially recalled.

MANESS v GORDON ET AL
CIVIL COMLAINT
CASE NO. _____
PAGE ___ OF ____

EX A-4

29. I ran home and told my mother to call the police, which she did.

30. The police, which included an officer Heck responded and called in a detective, Arvid "B.J." Bjorton.

31. Arvid "B.J." Bjorton took me into a room alone to conduct his interview, telling my mother that was how it was always done.

32. When we were in the room alone Arvid "B.J." Bjorton attempted to hypnotize me. He demanded I "look into his eyes". When I called for my mother he said "call for your mommy, punk".

33. I Said I wanted to talk to "a real cop" and demand to talk with somone besides Arvid "B.J." Bjorton.

34. Arvid "B.J." Bjorton then attempted to make eye contact with my mother, which I took as an attempt to use hypnosis upon her. I took up rocks from the driveway and threw them at him and told him to leave us alone. He responded by drawing his sidearm on an 11 year old boy. Officer Heck got him to back off and officer Heck called another uniformed officer to the scene.

35. I then told officer Heck and the other uniformed officer what had happened at the "NOVELTY" shop. They took a report and left.

36. The next day I went to investigate and found the "NOVELTY" shop still operating as usual.

37. I went home put on my boy scout uniform and my paper route bag, walked downtown from Turnagain along the railroad tracks and collected all the stones I could carry.

MANESS v GORDON ET AL
CIVIL COMLAINT
CASE NO. _____
PAGE ____ OF ____

EX. A-5

38. I went to the "NOVELTY" shop and proceeded to smash the large glass window in front, the glass case inside that contained the prank/gag items and glass cases in back that contained adult novelties. As I did this I yelled for people to call the police and that they "raped kids in there", many people stopped to watch. A man that was about to enter the "NOVELTY" shop seized one of my wrist and told me I was going to jail. I kicked him in the knee and tore my wrist away. He kept coming after me and I told him to leave me alone or I was going to "put one between his eyes". He told me I was going to get one between the eyes. I told him I knew he was going in there to buy pictures of kids, and pelted him with rocks then he ran away. I threw the rest of the rocks into the "NOVELTY" shop, asking Shelley Gordon if she "wanted something to suck on". I then ran to a nearby cafe, opened the door and shouted to the people inside that there was this "NOVELTY" shop around the corner that had items for kids in the front and pornography in the back and that they "raped kids in there" and that "I wasn't crazy" I was "a good american". An elderly man stood up and said he believed me. I, feeling my work was well done ran home.

39. The police shortly afterward, came to my house, I talked again to officer Heck and told him why I did what I did. I was not arrested.

40. A number of days later I told my father about all of this and he also called the police. Who came and took a report.

41. Somtime thereafter I was called into the office of Turna-

MANESS v GORDON ET AL
CIVIL COMLAINT
CASE NO. _____
PAGE ___OF____

EX. A-6

again elementary school by vice-principal James Serfling. A scene similar to the one with Arvid "BJ" Bjorton took place. Being familiar with this I pretended to look into his eyes, but really looked at his eyebrows and acted hypnotized. When he thought I was hypnotized he told me to "forget all about that "NOVELTY" shop with the porno shop in back". When I left I told him I fooled him and would "never forget".

42. I told my mother about this incident she became angry and told me this was "crazy talk".

43. Feeling defeated, the next day I told James Serfling that I "give up" and to hypnotize me to forget it all because I did not want to remember. He obliged me and I forgot all about it until many years later. My mother or father never mentioned the incident.

44. Later that year I learned my freind Jim Connors was buying firecrackers from a man named Fred Potts. I went to Fred Pott's apartment on 31st near Turnagain in Anchorage, Ak. with Jim where the same routine of drug induced hypnosis and child pornography took place. Fred Potts told me he worked for Mike Gordon. Again because of hypnotic suggestition did not remember until many years later.

45. A year or so later when I was 12 years old I was lured to a small house occupied by Marc Kolstad near his place of employment, the Anchorage midtown Hotel near 26th and Arctic boulevard in Anchorage Alaska.

46. I was molested by Marc Kolstad, he did not use hypnosis

MANESS v GORDON ET AL
CIVIL COMPAINT
CASE NO._____
PAGE____ OF ____

EX    A-7

but coerced me by offering rewards of money and marijuana if I let him perform fellatio upon me.

47. Marc Kolstad informed me he was involved with Mike Gordon, Avid "BJ" Bjorton, and Fred Potts in a child pornography ring that involved Judges, police, and politicians and that they collectivly owned many properties and busineses.

48. Being thouroghly disgusted and embarrased about the abuse I participated in with Marc Kolstad, I did not return as he wished and I suppressed the memory of this event for many years.

49. Some years later when I was 17 years old I was again given a drink which was drugged by Bobby Pipkin, an unknown male and Fred Potts at an apartment above Arctic Glass at the corner of fireweed and Arctic in Anchorage, Ak..

50. Again an episode of homosexual rape took place while I was under drug induced hypnosis. This event was filmed by Mike Justice. I was told to forget this incident while still under hypnosis. I did not recall it until many years later.

51. All of the above events took place at or near Anchorage, Alaska, in the Third Judicial District of Alaska.

I HEREBY DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.
SIGNED ON PAIN OF PERJURY.    _____ DATE: 6-21-06
                              BRET MANESS
                   WITNESS: _____ DATE: 6-21-06
                              JASON C. WARRICK

MANESS v GORDON ET AL
CIVIL COMPLAINT
CASE NO. _____
PAGE ____ OF ____

EX. A-8