## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA       v.       BRET F. MANESS

THE HONORABLE JOHN W. SEDWICK       CASE NO.   3:03-cr-00077-RRB

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

At docket 150, defendant asks the chief judge to reconsider the order at docket 146 which denied his motion to recuse Judge Beistline. The motion is largely a tricked out rehash of the arguments found wanting in the order at docket 146. Maness does present an additional argument. Reduced to its essence, the argument is this: I have made such a scurrilous attack on the integrity of Judge Beistline that I have created an appearance of impropriety which necessitates his recusal. Of course, to accept such an argument would be to put the defendant in charge of judicial assignments. Such an outcome would be antithetical to the administration of justice. Neither that argument, nor anything else advanced in the motion at docket 150, warrants reconsideration of the order at docket 146.

The motion at docket 150 is **DENIED**.

DATE:  July 3, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]