UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  MANESS

DATE:  July 7, 2006   CASE NO.  3:03-CR-0077-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**MOTION FOR RECONSIDERATION**

---

Before the Court at Docket 149 is Defendant's Motion for Reconsideration of Defendant's Motion to Proceed Pro Se. The Court previously indicated in its Order at Docket 147 that it will consider pleadings Defendant files on his own behalf and, in fact, the Court has been doing so. It is the Court's view, however, that in the event re-sentencing is permitted, Defendant should be represented by counsel.

It now appears that all issues regarding recusal have been resolved. The Court will therefore shortly take up the issue of re-sentencing.

Defendant's Motion for Reconsideration is hereby **DENIED**.