```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA


              USA   v.   BRET MANESS

DATE:   July 7, 2006    CASE NO.   3:03-CR-0077-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               REQUESTING RESPONSE
```

Although the Court has denied Defendant's motion to proceed pro se, the Court has permitted Defendant to file several motions in this matter. The Government, therefore, shall respond to both Defendant's Motion to Correct Clerical Error at Docket 145 and Defendant's Supplemental Brief Re Re-Sentencing at Docket 141 by the close of business on **Friday, July 14, 2006**.

M.O. REQUESTING RESPONSE