DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Frank.Russo@usdoj.gov
Thomas.Bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00077-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **RESPONSE TO** |
| vs. | ) | **DEFENDANT'S MOTION** |
| | ) | **TO CORRECT CLERICAL** |
| BRET F. MANESS, | ) | **ERROR IN JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

  The United States agrees that since the defendant's convictions under Count 1 and Count 2 of the Indictment merge for sentencing, there is only a single conviction in this case.  The simultaneous, undifferentiated possession or receipt

of multiple firearms by a felon constitutes only one violation of Section 922(g). *United States v. Verrecchia*, 196 F.3d 294, 297 (1st Cir. 1999) (joining all other circuits in holding that simultaneous possession of multiple firearms, or a firearm and ammunition, constitutes only one crime; citing cases). *See also United States v. Szalkiewicz*, 944 F.2d 653 (9th Cir. 1991).

Analogously, the simultaneous possession of a firearm and ammunition (e.g., a loaded firearm) by a convicted felon, constitutes one offense rather than two. *See United States v. Keen*, 104 F.3d 1111, 1118-20 (9th Cir. 1996).

The judgment appears to acknowledge this, as it indicates that the counts were "consolidated" for sentencing. However, the judgment should in fact reflect conviction on only one offense.

RESPECTFULLY submitted this 14th day of July, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Thomas.Bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006,
a copy of the foregoing GOVERNMENT'S
RESPONSE TO DEFENDANT'S MOTION
TO CORRECT CLERICAL ERROR IN
JUDGMENT was served electronically on
Kevin McCoy.

s/ Thomas C. Bradley