UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  MANESS  </u>

DATE:  <u>  July 18, 2006  </u>   CASE NO.  <u>  3:03-CR-0088-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **GRANTING MOTION TO CORRECT JUDGMENT**

---

      Defendant's unopposed Motion to Correct Clerical Error at Docket 145 is hereby **GRANTED**. The judgment shall be amended to reflect conviction on a single offense, i.e. Count 1.

M.O. RE MOTION TO CORRECT JUDGMENT