Bret F. Maness

Reg. No. 14611-006

U.S. Penitentiary

P.O. Box 019001

Atwater, CA 95301-0910

**FILED**

JUL 2 1 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )

              Plaintiff, )　　No. 3:03-cr-0077 RRB

      VS.         )

BRET F. MANESS,       )　　MOTION FOR STAY

     Defendant.     )

_____ )

     Bret F. Maness hereby moves for a stay of proceedings in the above named criminal case pending consideration of his Petition For A Writ Of Mandamus, filed in the Ninth Circuit Court of Appeals on 7-17-06

     Dated this 17th day of July, 2006

_____

Bret Maness

Bret F. Maness hereby declares on pain of perjury that he deposited copies of the foregoing in the legal mail system at U.S.P. Atwater, in a sealed envelope, first class postage pre-paid addressed to:

District of Alaska Court Clerk - Fairbanks, AK

Frank Russo, Tom Bradley, A.U.S.A.'s
Anchorage, AK

at their addresses of record on 7-17-06

Bret Maness