UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  MANESS

DATE:   August 14, 2006       CASE NO.   3:03-CR-0077-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING MOTION TO STAY**

---

Before the Court at Docket 159 is Defendant's Motion for Stay. This matter has been stayed before and is long overdue for resolution. Defendant's Motion for Stay is therefore **DENIED.**

M.O. DENYING MOTION FOR STAY