Houde - Direct                                              3-32

```
 1         THE COURT:  He'll be received as an expert.
 2   BY MR. BRADLEY:
 3   Q   Sir, did you have a chance to review the evidence that's
 4   connected with the Maness case?
 5   A   Yes, sir, I have.
 6   Q   When did you do that, initially?
 7   A   I did that on Sunday morning, I believe.
 8   Q   This past Sunday?
 9   A   Yes, sir.
10   Q   What did you do?
11   A   I met with -- with Special Agent Hansen and we examined the
12   various firearms and the -- the volume of ammunition that --
13   that I was requested to look at.
14         MR. BRADLEY:  Request permission to show the witness
15   what's been admitted as evidence as Government's Exhibit 15.
16         THE COURT:  Yes.
17         MR. BRADLEY:  May I approach?
18         THE COURT:  Yes.
19      (Side conversing)
20   BY MR. BRADLEY:
21   Q   Sir, I'm handing you what's been admitted into evidence as
22   Government's Exhibit 15.  Please tell me if you recognize what
23   that is.
24   A   Yes, sir.  This is a Norinco model Mak-90 semi-automatic
25   rifle in 7.62 by 39 mm. caliber.
```

TAMSCRIPTS · (565) 359-8118

Houde - Direct                                                    3-33

1   Q   Can you locate the serial number on that?
2   A   Yes, sir.
3   Q   Please read it off for the record.
4   A   The serial number is 616404.
5   Q   Do you know where that weapon's manufactured?
6   A   Yes, sir.  This particular rifle was manufactured by
7   Norinco, in the People's Republic of China.
8   Q   What -- how would you describe the weapon?  What kind of
9   firearm is it?
10  A   This is a semi-automatic version of the AK-47 type machine
11  gun.
12  Q   What is the AK-47?  We -- we have heard that testimony in
13  this trial.  Could you please tell the jury what the AK-47
14  means?
15  A   The AK-47 is a selective-fire machine gun that was
16  originally designed and manufactured in the Soviet Union
17  towards the end of World War II.  It's been copied by numerous
18  countries, mainly countries that were known as the old Warsaw
19  Pact, or Allies of the Soviet Union.  It was also manufactured
20  extensively by the Chinese.  And their designation of that
21  rifle is a type 56.  This is -- as I stated earlier, this is a
22  semi-automatic version of that rifle.
23  Q   When you say "semi-automatic" and you say "machine gun,"
24  please describe what the difference between those two things
25  is.

TAMSCRIPTS · (585) 359-8118

1  A    A machine gun is a firearm that shoots automatically more
2  than one shot without manually reloading by single function of
3  the trigger.  Simply put, if there's ammunition loaded in the
4  firearm and you pull the trigger, the machine gun will continue
5  to shoot until you either release the trigger or the magazine
6  is empty.  With a semi-automatic rifle, it will only fire one
7  time with each single pull of the trigger.
8  Q    You use the term "firearm."  What's a firearm?
9  A    A firearm is a weapon that is designed to shoot or may be
10 readily restored to shoot a projectile by the action of an
11 explosive.  It also incorporates the frame or receiver of a
12 firearm.
13 Q    Describe the stock on that weapon.
14 A    This is a metal folding stock, meaning that generally
15 there's a pin in this particular rifle and you can fold the
16 stock for either easy carriage or easy storage.
17 Q    And for the record, you've demonstrated that for the jury.
18 You folded the stock down.  What type of grip is on the weapon?
19 A    This is what's known as a pistol grip.
20 Q    Have you personally fired weapons that are similar in
21 design to this one?
22 A    Yes, sir, I have.
23 Q    Have you personally fired this weapon?
24 A    No, sir, I did not fire this weapon.
25 Q    But you have fired similar weapons?

TAMSCRIPTS · (585) 359-8118

Houde - Direct                                                  3-35

1  A   Yes, sir, I have.
2  Q   Which weapons have you fired that are similar to that?
3  A   I have fired various versions of the AK-47 machine gun,
4  various versions of the Chinese type 56 machine gun. I've also
5  fired virtually all of the semi--automatic copies of those
6  rifles.
7  Q   How many rounds have you put through AK-47 type weapons?
8  A   I would have to say thousands of them throughout my
9  training.
10 Q   What's the recoil like?
11 A   Recoil is moderate, but it is certainly something similar
12 to a sporting type, deer-hunting rifle.
13 Q   How would you compare it to a .22 long rifle?
14 A   Quite a bit higher than a .22.
15 Q   How about to a 12-gauge shotgun?
16 A   Similar to a 12-gauge shotgun.
17 Q   Can that weapon be fired with one hand?
18 A   Yes, sir, it can.
19 Q   Have you fired that weapon with one hand, or similar
20 weapons with one hand?
21 A   Yes, sir, I have.
22 Q   Okay. You can go ahead and put that down.
23 A   Certainly.
24         MR. BRADLEY:  22.  I'd like to show the witness what
25 has been admitted into evidence as Government's Exhibit 22.

TAMSCRIPTS - (585) 359-8118

1           THE COURT: All right.
2           MR. BRADLEY: May I have a moment, Your Honor?
3           THE COURT: All right.
4      (Pause)
5           MR. BRADLEY: May I approach?
6           THE COURT: All right.
7   BY MR. BRADLEY:
8   Q   I'm handing you what's been admitted into evidence as
9   Exhibit 22. What is that?
10  A   This is a steel magazine for an AK-47 type machine gun, or
11  the semi-automatic versions of those rifles.
12  Q   Does it fit in the rifle that is marked Exhibit 15?
13  A   Yes, sir, it will.
14  Q   Why don't you see if it fits. Is that magazine -- and just
15  to make sure everybody's safe, that magazine is empty at this
16  point?
17  A   Yes, sir, it is. Because of the plastic spot tie that's
18  through the chamber and the magazine of the rifle, I won't be
19  able to successfully insert it in. But to insert this magazine
20  into this type of weapon is, put it into the forward portion of
21  the magazine while -- and press inward until the back part of
22  the magazine clicks into the click here. So it would just
23  simply snap in place.
24  Q   What's in the little brown bag next to it?
25  A   This -- this bag, sir?

TAMSCRIPTS - (585) 359-8118

1   Q   Yes, sir.
2   A   This one?
3   Q   Please open that up and tell us what's in there.
4   A   This is a bag with numerous rounds of 7.62 by 39 mm.
5   caliber rifle ammunition of different manufacturer.
6   Q   When you say "7.62 by 39" --
7   A   Yes, sir.
8   Q   -- what does that mean?
9   A   That is the caliber for the AK-47 type machine gun.
10  Q   What does "7.62" mean?
11  A   A 7.62 by 39 mm. is the European designation of a .30
12  caliber rifle round.
13  Q   And what's the diameter of that?  You said it's -- 7.62 mm.
14  is the diameter of the --
15  A   Yes, sir.
16  Q   -- cartridge?  And that's the same or similar to a .30
17  caliber?
18  A   It's similar to what we know in the United States as a 308
19  caliber, .30 caliber rifle.
20  Q   And what does the "39" -- the "39" refer to?
21  A   That is the case, the actual cartridge casing.
22  Q   Is that how long it is or --
23  A   Yes, sir.
24  Q   What can you tell about that ammunition by looking at it?
25  A   As I stated earlier, it's of different manufacture.

TAMSCRIPTS - (585) 359-8118