```
REGNO..: 14611-006 NAME: MANESS, BRET F

COURT OF JURISDICTION............: ALASKA
DOCKET NUMBER....................: A03-0077-CR(RRB)
JUDGE............................: BEISTLINE
DATE SENTENCED/PROBATION IMPOSED: 11-25-2003
DATE COMMITTED...................: 01-30-2004
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.:  ¤100.00         ¤00.00           ¤00.00           ¤00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT:  ¤00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------
OFFENSE CODE....:  136
OFF/CHG: 18:922(G)(1) & 924(A)(2) FELON IN POSS OF A  FIREARM AND
         AMMUNITION

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 06-28-2001
------------------------CURRENT COMPUTATION NO: 010 ---------------


COMPUTATION 010 WAS LAST UPDATED ON 08-10-2006 AT ATW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-25-2003
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 06-28-2001

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    07-02-2001   11-24-2003

TOTAL PRIOR CREDIT TIME.........: 876
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 03-19-2010
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-02-2011


PROJECTED SATISFACTION DATE.....: 03-19-2010
PROJECTED SATISFACTION METHOD...: GCT REL
```