**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

       USA   v.   MANESS

DATE:   August 29, 2006     CASE NO.   3:03-CR-0077-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

---

      The Court is in receipt of the United States' Motion to Reconsider Order Modifying Sentence, filed at Docket 163. Defendant has until the close of business on **Friday, September 15, 2006**, in which to file a response to the motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION