INSTRUCTION NO. 26

A person commits the crime of misconduct involving a controlled substance in the fourth degree as charged in Count IV of the indictment if the person knowingly keeps or maintains any store, shop, warehouse, dwelling, building, vehicle, boat, aircraft, or other structure or place which is used for keeping or distributing controlled substances in violation of a felony offense.

In order to establish the crime of misconduct involving a controlled substance in the fourth degree it is necessary for the state to prove beyond a reasonable doubt the following:

First, that the event in question occurred at or near Anchorage and on or about November 21, 1997; and

Second, that Bret Fletcher Maness knowingly used or allowed another to use the building, dwelling or other structure for keeping or distributing controlled substances in violation of a felony offense as charged in Count V, VI or VII of the indictment; and

Third, that defendant knew said store, shop, warehouse, dwelling, building, vehicle, boat, aircraft, or other structure or place was used for keeping or distributing controlled substances.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you shall find the defendant guilty.

If, on the other hand, you find from your consideration of all