IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

STATE OF ALASKA, )
)
       Plaintiff, )
)
vs. )
)
BRET FLETCHER MANESS, )
)
       Defendant. )
)

FILED IN OPEN COURT
Date: 12-11-98

Case No. 3AN-S97-9480 Cr.

## VERDICT V

We, the jury, find the defendant, Bret Fletcher Maness,

    ✗
_____     _____
      (guilty)                              (not guilty)

of misconduct involving a controlled substance in the fourth degree as charged in count V of the indictment.

*If your verdict above is "guilty" do not complete the parts below dealing with misconduct involving a controlled substance in the fifth degree and misconduct involving a controlled substance in the sixth degree. Simply date and sign this form.*

*If your verdict in "not guilty" go on to complete the parts below before dating and signing this form.*

00001269

Exhibit C - Page 1 of 5

DATED this 11th day of December, 1998 at Anchorage, Alaska.

_____
Foreperson of the Jury

Exhibit C - Page 2 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

STATE OF ALASKA, )
)
       Plaintiff, )
)
vs. )
)
BRET FLETCHER MANESS, )
)
       Defendant. )
_____)
Case No. 3AN-S97-9480 Cr.

FILED IN OPEN COURT
12-11-98

## VERDICT VI

We, the jury, find the defendant, Bret Fletcher Maness,

_____     _____X_____
      (guilty)                                 (not guilty)

of misconduct involving a controlled substance in the fourth degree as charged in count VI of the indictment.

If your verdict above is "guilty" do not complete the parts below dealing with misconduct involving a controlled substance in the fifth degree. Simply date and sign this form.

If your verdict in "not guilty" go on to complete the part below before dating and signing this form.

00001272

Exhibit C - Page 3 of 5

We the jury, having found the defendant not guilty of misconduct involving a controlled substance in the fourth degree, find the defendant, Bret Fletcher Maness,

_____          _____
       (guilty)                      (not guilty) [X]

of misconduct involving a controlled substance in the fifth degree.

DATED this 11th day of December, 1998 at Anchorage, Alaska.

_____
Foreperson of the Jury

Exhibit C - Page 4 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| STATE OF ALASKA ) | |
| Plaintiff, ) | |
| vs. ) | FILED IN OPEN COURT |
| Bret Fletcher Maness, ) | Date: 12-11-98 |
| Defendant. ) | |

Case No. 3AN-S97-9480 Cr.

### VERDICT VII

We, the jury, find the defendant, Bret Fletcher Maness,

_____      _____X_____
    (guilty)                      (not guilty)

of misconduct involving a controlled substance in the fourth degree as charged in Count VII of the indictment.

DATED at Anchorage, Alaska, this 11th day of December, 1998.

_____
Foreperson of the Jury

Exhibit C - Page 5 of 5