

Screen For VRA

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## AT ANCHORAGE

RECEIVED

MAR 15 1999

Department of Corrections
PSI Unit

|  |  |
|---|---|
| STATE OF ALASKA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRET F. MANESS ) | CASE NO. 3AN S97-9480 ___ CR |
| ) | |
| Defendant. ) | JUDGMENT AND ORDER OF |
| DOB: 2/1/65 ) | COMMITMENT/PROBATION |
| ID No. 5235302  ATN 100 228 498 | |

Defendant has been convicted upon <u>a trial by jury and found guilty</u> of

| Count | Date of Offense | Offense | Statute Violated | DV Offense Per AS 18.66.990(3)&(5) (Yes or No) |
|---|---|---|---|---|
| II | 11/21/97 | Misconduct Involving Weapons in the Second Degree | AS 11.61.195(a)(1) AS 11.16.110(2)(B) | No |
| IV | 11/21/97 | Misconduct Involving a Controlled Substance in the Fourth Degree | AS 11.71.040(a)(5) AS 11.16.110(2)(B) | |
| V | 11/21/97 | Misconduct Involving a Controlled Substance Fourth Degree | AS 11.71.040(a)(3) AS 11.16.110(2)(B) | |

and the following charges were dismissed:

| Count | Date of Offense | Offense |
|---|---|---|
| None | | |

200020

AS 12.55.090-.110
Crim. R. 32
App. R. 215

Exhibit D - Page 1 of 5

State vs. Bret F. Maness                                   Case No. 3AN S97-9480 CR

Defendant came before the court on 3/10/99 with counsel, Donna McCready, and the District
Attorney present.

IT IS ORDERED that the defendant is hereby committed to the care and custody of the
Commissioner of the Department of Corrections for the following period(s):

Count II: six (6) years with two (2) years suspended, probation for ten (10) years on general
and special conditions set forth below.

IT IS HEREBY ORDERED that all firearms ,ammunition and firearms accessories that were
seized as evidence in this case are forfeited to the Municipality of Anchorage.

IT IS FURTHER ORDERED that defendant shall pay restitution to Howard J. White in the
amount of $5,500.00 and in the amount of $5,00.00 to the Alaska Violent Crimes Compensation
Board.

Count IV: two (2) years with one (1) year suspended, probation for the same duration and on
the same conditions as on Count II. The suspended and unsuspended prison terms on this
Count shall be served consecutively to the sentence on Count II.

Count V: two (2) years with one (1) year suspended, probation for the same duration and on
the same conditions as on Counts II and IV. The suspended and unsuspended prison terms on
this Count shall be served concurrently with the sentence on Count IV.

IT IS HEREBY ORDERED that all marijuana, in all forms, and all equipment to grow the
same and associated paraphernalia seized as evidence in this case are forfeited to the
Municipality of Anchorage.

IT IS FURTHER ORDERED that defendant shall receive credit for all time previously served
that is legally allocable solely to this case.

The sentence is:

  __ all or partially presumptive. The defendant is ineligible for parole, except as provided
in AS 33.16.090(b) and (c).

  _x_ non-presumptive. The defendant is eligible for parole.

## 200021

Page 2 of 5
CR-470wp (12/97)

AS 12.55.090-.110
Crim. R. 32
App. R. 215

Exhibit D - Page 2 of 5

State vs. Bret F. Maness                     Case No. 3AN S97-9480 CR

IT IS ORDERED that, after serving any term of incarceration imposed, the defendant is placed on probation under the following conditions:

## GENERAL CONDITIONS OF PROBATION

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing, or, if time is to be served prior to probation, report to the Department of Corrections Probation Office on the next business day following release from an institution.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned officer of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

11. Upon the request of a probation officer, submit to a search of your person, personal property, residence or any vehicle in which you may be found for the presence of contraband.

12. Abide by any special instructions given by the court or any of its duly authorized officers, including probation officers of the Department of Corrections.

200022

AS 12.55.090-.110
Crim. R. 32

Exhibit D - Page 3 of 5

State vs. <u>Bret F. Maness</u>                    Case No. <u>3AN S97-9480</u> CR

SPECIAL CONDITIONS OF PROBATION
DEFENDANT SHALL:

1. Enter into and successfully complete any mental health, anger/stress management or other counseling as recommended by a doctor and/or treatment program and/or probation officer.

2. Not have at any time on defendant's person, in defendant's residence or in car any paraphernalia normally associated with use or distribution of illegal substances or controlled substances except those for which defendant has a valid prescription.

3. Not associate with persons involved in using, manufacturing, growing, or distributing illegal substances.

4. Not enter places where illegal substances are being used, manufactured, grown or distributed.

5. Not possess any pager, cellular phone, or portable communication device absent express written consent of the defendant probation officer.

6. Not use, possess, handle, purchase, give, or administer any illegal or controlled substance, not even marijuana, without a valid prescription; and submit to testing for these of illegal or controlled substances whenever required by the probation officer.

7. Obtain and maintain verifiable full-time employment unless engaged full time in an educational or treatment program approved by the probation officer with proof of participation to be provided to the supervising probation officer. Provide proof of income when requested by the probation officer.

8. Undergo a substance abuse evaluation by an appropriate treatment agency and complete any recommended outpatient treatment, treatment, counselling and aftercare.

9. Submit to searches of his person, personal property, residence, vehicle, or any vehicle under which he has control, for the presence of firearms, controlled or illegal substances or associate paraphernalia.

10. Not possess any firearms or reside in any residence where firearms are present.

11. Submit immediately to a urinalysis and/or blood analysis by a medical doctor or medical laboratory to determine the use of illegal or controlled substances whenever directed to do so by a probation officer or the Department of Corrections.

12. Pay restitution first in the amount of $5,500.00 to the Clerk of Court for the benefit of Howard J. White and thereafter in the amount of $5000.00 for the benefit of the Violent Crime Compensation Board of Alaska pursuant to a payment schedule to be set by the defendant's probation officer, subject to court review if defendant believes it to be unfair. In addition defendant must apply for all Alaska Permanent Fund Dividends for which he becomes eligible to apply and assign the proceeds of the same to the Clerk of the Court for payment of restitution.

200023

AS 12.55.090-.110
Crim. R. 32

State vs. Bret F. Maness                Case No. 3AN S97-9480 CR

THE PROBATION HEREBY ORDERED EXPIRES (10) years after the day of the defendant's initial release from incarceration.

Any appearance bond in this case is:

**x**    exonerated.
___   exonerated when defendant reports to the jail to serve the sentence.
___   Other:___.

March 10, 1999
Effective Date                          Judge

MILTON M. SOUTER
Type Judge's Name

### NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

Sentence Appeal. If you are ordered to serve more than two years in jail, you may appeal the sentence to the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the supreme court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

n/a   Because you have been convicted of one of the sex offenses listed in AS 12.63.100(3), you must register as described in the attached Sex Offender Registration Requirements form (CR-471).

I certify that on _3- 15- 9 9_              I certify that on _____
a copy of this judgment was sent to:       a copy of this judgment was sent to:

✔ DA
✔ Defense Atty. _____

Sec./Clerk: _____

| | | | |
|---|---|---|---|
| ___ | Jail | ___ | Probation Officer |
| ___ | DOC | ___ | DPS-Juneau |
| ___ | Data | ___ | DPS-Fingerprint Sect. |
| ___ | Term. | ___ | Defendant, |
| ___ | Off. Loc. | | through _____ |
| ___ | Exhibit Clerk | | |

Clerk:_____

**200024**

AS 12.55.090-.110
Crim R 32

Exhibit D - Page 5 of 5