**FILED**

UNITED STATES COURT OF APPEALS

**SEP 29 2006**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BRET F. MANESS. | No. 06-73643 |
| BRET F. MANESS,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA,<br><br>    Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>    Real Party in Interest. | D.C. No. CR-03-00077-RRB<br>District of Alaska, Anchorage<br><br>ORDER |

RECEIVED
OCT 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: O'SCANNLAIN, GRABER and CLIFTON Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

MOATT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
SEP 2 9 2006
by: Deputy Clerk