Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BRET F. MANESS,<br><br>     Defendant. | NO. 3:03-cr-0077-RRB<br><br>**NOTICE OF APPEAL** |

      Bret F. Maness appeals to the United States Court of Appeals for the Ninth Circuit from the order at Docket No. 170, which denied a resentencing hearing under *United States v. Booker*, 125 S.Ct. 738 (2005) and *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (*en banc*).

      DATED at Anchorage, Alaska this 16th day of October 2006.

                                        Respectfully submitted,

                                        s/Kevin F. McCoy
                                        Assistant Federal Defender
                                        550 West 7th Avenue, Suite 1600
                                        Anchorage, AK 99501
                                        Phone:          907-646-3400
                                        Fax:              907-646-3480
                                        E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on October 16, 2006,
a copy of the *Notice of Appeal* was
served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy