```
                        UNITED STATES COURT OF APPEALS
                             FOR THE NINTH CIRCUIT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ORDER FOR TIME SCHEDULE |
| | ) | |
| | ) | CA No.: |
| Plaintiff- | ) | |
| | ) | DC No.: 3:03-cr-000077-RRB |
| | ) | |
| vs. | ) | District of Alaska |
| | ) | Notice of Appeal filed: |
| | ) | |
| Bret F. Maness | ) | ( ) CJA or F.P.   ( ) Paid Appeal |
| | ) | ( ) Apptd Counsel (X) Fed Defender |
| | ) | ( ) Retained Counsel |
| Defendant(s)- | ) | ( ) Advisory Counsel only |
| | ) | ( ) On Bail       ( ) In custody |
| _____ | ) | ( )_____ |

The parties, counsel, and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to      IMMEDIATELY
   the Clerk of the District Court

2. The date the transcript will be ordered from the court
   reporter. (If this case is under CJA, give the date        11/6/2006
   that the order is to be given to the court reporter.)

3. The court reporter's transcript will be filed in the
   District Court                                             12/6/2006
   (Certificate of Record will be submitted to the court
   of Appeals by the Clerk of the District Court
   immediately upon the filing of the transcript. The
   Certificate of Record indicates  that the complete
   trial court record including designated transcripts is
   available for use of   the parties.)

4. Appellants' opening brief and excerpts of record will
   be served and filed pursuant to Circuit Rules  32 and      1/15/2007
   31-2

5. The appellee's brief will be served and filed pursuant
   to Circuit Rules 32 and 31-2                               2/13/2007

6. The appellant's (optional) reply brief will be  served
   and filed pursuant to Circuit Rules 32 and 31-2            2/27/2007

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: Cir. Rule 32 sets length                For the Court:
limitations on  briefs. Cir. Rule
42-1 requires that this appeal                Cathy A. Catterson
may be dismissed if appellants                Clerk, U.S. Court of Appeals
brief is not timely filed.

                                              By:____Tina J Grothause_____
                                                      Deputy Clerk
                                                      U.S. District Court

Case 3:03-cr-00077-RRB    Document 174    Filed 10/25/2006    Page 2 of 2