UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

**RECEIVED OCT 26 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

U.S. Court of Appeals # _____    U.S. District Court # 3:03-cr-0077-RRB

Short Case Title   United States v. Bret F. Maness

Date Notice of Appeal Filed by Clerk of District Court   10/16/06 (Docket No. 171)

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER: |

(Attach Additional Page for Designations if Necessary)

( )   As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )   I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(XX)  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

( )   As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   n/a              Estimated Date for Completion   n/a
Signature of Attorney   _/s/ Kevin F. McCoy_           Phone Number   646-3400
Address   Kevin F. McCoy, Assistant Federal Defender
          550 West 7th Avenue, Suite 1600
          Anchorage, AK  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date_____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____