# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>USA</u> v. <u>MANESS</u>

DATE:   <u>November 28, 2006</u>   CASE NO.   <u>3:03-CR-0077-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REGARDING RECONSIDERATION**

---

The Court is in receipt of Defendant's Motion for Reconsideration filed at Docket 176.  Plaintiff has until **4:30 p.m. on Friday, December 15, 2006,** in which to file a response to the motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION