NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-077-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES'** |
| | ) | **SUPPLEMENTAL** |
| vs. | ) | **RESPONSE TO COURT'S** |
| | ) | **ORDER AT DOCKET 177** |
| BRET F. MANESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States and hereby supplements its response to the Court's Order at docket 177.  With regard to the defendant's second argument for a new sentencing hearing pursuant to United States v. Beng-Salazar, 452 F.3d 1088 (9th Cir. 2006), the Ninth Circuit has foreclosed this argument with its decision today in United States v. Combs, C.A. No. 05-30486 (9th Cir. December 18, 2006).

A copy of the published opinion is attached hereto as Exhibit A.  <u>Combs</u> was a case arising out of this district in which the defendant attempted to raise new arguments after an <u>Ameline</u> remand:   "This limited remand gave the district court no authority to resentence defendant unless he first answered the [Ameline] question posed to him in the affirmative.  Once the judge answered the question in the negative, his task was complete.  The limited remand procedure left no room for the district judge to consider new objections to the original sentence -- objections defendant could have raised the first time around, but failed to do so."  <u>Combs</u> at 19520.  Accordingly, the United States respectfully requests that the

//

//

//

//

Court deny the defendant's motion for reconsideration.

RESPECTFULLY SUBMITTED this 18th day of December, 2006 in

Anchorage, Alaska.

                                        NELSON P. COHEN
                                      United States Attorney

                                        s/ Frank V. Russo
                                        Assistant U.S. Attorney
                                        Federal Building & U.S. Courthouse
                                        222 West Seventh Avenue, #9, Room 253
                                        Anchorage, Alaska  99513-7567
                                        (907) 271-5071
                                        (907) 271-1500 (fax)
                                        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Kevin McCoy, Esq. on December 18, 2006, via:

       (X) Electronic case filing notice

as well as Bret Maness by U.S. Mail.


s/ Frank V. Russo

US v. Bret F. Maness
3:03-cr-077-RRB                            3