# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

USA    v.    MANESS

DATE:    December 19, 2006    CASE NO.    3:03-CV-0077-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION FOR RECONSIDERATION**

After fully considering the issues raised by Defendant in his Motion for Reconsideration at Docket 176, and for the reasons set forth by the Government in its response at Docket 178 and supplemental response at Docket 179, Defendant's Motion for Reconsideration is hereby **DENIED.**