**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  MANESS  </u>

DATE:  <u>  January 9, 2007  </u>     CASE NO.  <u>  3:03-CR-0077-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RE RECENT FILING**

---

The Court has ruled on all matters properly before it. Any further matters should therefore be addressed to the Court of Appeals.

M.O. RE RECENT FILING