Bret F. Maness

Reg. No. 14611-006

U.S. Penitentiary

P.O. Box 019001

Atwater, CA 95301-0910

Tel: (209) 386-4673



FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2007 JAN -8 AM 11:03

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | D.C. No. 3:03-cr-00077-RRB |
| Plaintiff/Appellee, | ) | C.A. No. _____ |
| vs. | ) | |
| BRET F. MANESS, | ) | NOTICE OF APPEAL |
| Defendant/Appellent. | ) | |
| _____ | ) | |

Notice is hereby given that I, Bret F. Maness, defendant in the above named case, hereby appeal to the Ninth Circuit Court of Appeals from the final order denying Mr. Maness's request for resentencing, entered in this action on the 19th day of December, 2006.

DATED this 3rd day of January, 2006

*[signature]*

Bret Maness

Bret Maness hereby declares on pain of perjury that he placed copies of the foregoing in the legal mail system at U.S.P. Atwater, in a sealed envelope, first class postage pre-paid, addressed to:

    District of Alaska court clerk (Fairbanks)

At the address of record on 1-3-06

*[signature]*
Bret Maness

2