Bret F. Maness

Reg. No. 14611-006

U.S. Penitentiary

P.O. Box 019001

Atwater, CA 95301-0910

Tel: (209) 386-4673



RECEIVED
FEB 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00077-RRB |
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR COPIES OF |
| BRET F. MANESS, | ) | DOCUMENTS TO COMPRISE |
| Defendant. | ) | THE EXCERPT OF RECORD |
| | ) | |

Bret F. Maness herby makes his written request, pursuant to 9th Cir. Rule 30-3, that the clerk of the district court forward copies of documents to comprise the excerpt of the record in the above-captioned case.

This rule provides that these documents shall be forwarded within 21 days.

DATED this 26th day of January, 2007

*/s/ Bret Maness*

Bret F. Maness hereby declares under pain of perjury

that he placed copies of the foregoing in legal mail system at U.S.P. Atwater, in a sealed envelope, first class postage pre-paid, addressed to:

District Court Clerk, Anchorage, AK

Frank Russo, A.U.S.A.

At their addresses of record on 1-26-07

Bret Maness