

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>USA v BRET F. MANESS</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>RALPH R. BEISTLINE / 3:03-CR-00077-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>03/20/2003</u>
Date Appealed Order/Judgment *entered*: <u>08-23-2006 ORDER DENYING MOTION FOR RESENTENCING</u>
Date NOA *filed*: <u>01/08/2007</u>
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number: <u>Carolyn Bollman (907) 451-5792</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: <u>03/24/2003</u>   Date FP denied: __
Is FP pending? __yes/no           US Government Appeal? __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Bret Maness #14611-006 | Frank Russo |
| Pro se | U.S. Attorney's Office |
| U. S. Penitentiary | 222 West 7th Avenue - #9 |
| P. O. Box 019001 | Anchorage, Alaska 99513 |
| Atwater, CA 95301 | (907) 271-5071 |
| | fax (907) 271-2500 |

Kevin McCoy
Federal Public Defender's Agency
601 West 5th Avenue - Suite 800
Anchorage, AK
(907) 644-6400
fax (907) 644-3480

07-30035

__retained     __CJA     __FPD     <u>XX</u> FPD     __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**  
Prisoner ID: _14611-006_

**U. S. Penitentiary Atwater**  
Address: _P. O. Box 019001_  
_Atwater, CA 95301_

Custody: _BOP_  
Bail: _no_

---

**AMENDED NOTIFICATION INFORMATION:**  
Fees Paid: _no_     9th Circuit Docket Number: _

---

Name and phone number of person completing this form: _Carolyn Bollman_  
_(907) 451-5792_